# Court of Appeals
# of the State of Georgia

ATLANTA, February 13, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0207. MICHAEL D. WIMMER v. THE STATE.**

On December 11, 2012, the trial court entered its order denying Michael D. Wimmer's Motion for Out-of-Time Appeal and Motion to Void Judgment/Sentence. Wimmer seeks leave to appeal from the trial court's order through an application for discretionary appeal filed with this Court on January 16, 2013. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.[1] See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57) (1989). Wimmer filed his application 36 days after entry of the order he seeks to appeal. Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/13/2013
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Wimmer also suggests that the underlying order is directly appealable and his application should be granted pursuant to OCGA 5-6-35 (j). However, OCGA § 5-6-35 (j) applies when, among other things, "an appeal . . . is initiated by filing an otherwise timely application. . . ."